UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**NANDE YEGGER,**
      **Plaintiff,**
  **v.**                                    Case No. 20-C-144

**TRN MILWAUKEE LLC,**
      **Defendant.**

## ORDER

This is an action for unpaid overtime compensation under the Fair Labor Standards Act (FLSA). The parties have reached a settlement agreement and have submitted it for approval by the court. ECF No. 12. I have reviewed the proposed settlement and I find it a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *See Lynn's Food Stores, Inc., v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Therefore, consistent with the parties' motion, I will **APPROVE** the terms and conditions as memorialized in the parties' written Settlement Agreement as fair, reasonable and adequate.

Consistent with the terms of the settlement, plaintiff has filed unopposed motions for attorneys' fees and costs, ECF No. 15, and for approval of a service award to plaintiff, ECF No. 20. I have reviewed these motions and their supporting documentation, and I find both to be fair, reasonable, and adequate. Both motions are therefore **GRANTED**.

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2020.

                                          s/Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge